UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                                                                          CASE: 24-16462-MER

BEAU JAMES WEBER                                                              CHAPTER 13
CHRISSY NICOLE WEBER

**Debtors**

---

**TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

---

Douglas B. Kiel, Chapter 13 Trustee, hereby files his Objection to Confirmation of Chapter 13 Plan and as grounds therefor states as follows:

1. Trustee is unable to determine if the plan complies with 11 U.S.C. § 1325. The § 341 Meeting of Creditors has been continued to December 3, 2024.

2. Trustee requests an amended plan be filed to address the following:

    a. Part 3.1 lines A through F do not equal the amount on line G. The total listed on G of the plan analysis should be corrected.

    b. Debtors should reconcile the non-exempt portion of vehicles listed in Schedule A/B (Docket No. 1) in Part 3.2 of the plan.

    c. Part 4.1.A indicates the date for plan payments to begin as November 30, 2024. A corrected plan should be filed to provide a payment start date that is no later than 30 days after filing the petition. 11 U.S.C. § 1326(a)(1).

    d. Trustee cannot determine if the collateral of Debtors' residence, 2024 Spark Varg, 2021 Hyundai Santa Fe and 2024 Aprillia are adequately protected. 11 U.S.C. §§ 1325(a)(5)(B)(iii)(II). Part 10.8 should include insurance information.

3. Debtors may not be contributing all projected disposable income to plan payments and the plan may not be proposed in good faith. 11 U.S.C. § 1325(a)(3), (b)(1). Schedule J (Docket No. 1) includes expenses which may be excessive and not reasonably necessary for the maintenance or support of Debtors or a dependent including $400 life insurance (unless documented), $300 vehicle insurance (unless documented), $497 car payment for vehicle 1 (unless documented), $250 motorcycle payments, and $500 payments of alimony/maintenance/support (unless documented).

The Trustee reserves the right to amend his objection and to report on the Debtors' payment history at the hearing on his Objection.

WHEREFORE, the Chapter 13 Trustee requests that the Court deny confirmation in the above-captioned matter and dismiss or convert the proceeding pursuant to 11 U.S.C. § 1307.

Dated: December 3, 2024                     Respectfully submitted,

/s/ Michael Edlen
Michael Edlen, #49579
Attorney For Douglas B. Kiel, Chapter 13 Trustee
7100 E Belleview Ave, Suite 300
Greenwood Village, Co 80111
(720)398-4444
medlen@denver13.com

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the above Trustee's Objection to Confirmation of Chapter 13 Plan was placed in the U.S. Mail, postage prepaid, on December 3, 2024, addressed as follows:

BEAU JAMES WEBER
CHRISSY NICOLE WEBER
3157 TUFTS AVE
ENGLEWOOD, CO  80110

Notice by Electronic Transmission was sent to the following persons/parties:
CIMINO LAW OFFICE LLC

/s/ Madison Fuksa
*staff for Douglas B. Kiel, Chapter 13 Trustee*